**Gregory L. Spallas, SBN 129306**
**Kathleen J. Hall SBN 320790**
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome St., 6th Floor
San Francisco, California 94111
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant
WAL-MART ASSOCIATES, INC,

**Nicholas J. Scardigli SBN 249947**
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff
ALFONSO NAVARRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO NAVARRO, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART ASSOCIATES, INC., and DOES 1-10, inclusive, <br><br> Defendants. | Fed Case No. 2:18-cv-02433-MCE-AC <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed

by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and cost.

DATED: _____, 2019      By: _____
Nicholas J. Scardigli SBN 249947
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Attorney for Plaintiff
ALFONSO NAVARRO

DATED: _____, 2019      By: _____
Gregory L. Spallas, SBN 129306
Kathleen J. Hall SBN 320790
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome St., 6th Floor
*San Francisco, California 94111*
*Attorneys for Defendant*
WAL-MART ASSOCIATES. INC.

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE